CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 03 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonao
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DANA TOKLEY,<br>Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:07CV00109 |
| v. | ) <br> ) | **ORDER** |
| D. RATLIFF, et al.,<br>Defendants. | ) <br> ) <br> ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

as follows:

1) Plaintiff's claims based on verbal harassment (Claims A and B) are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1).

2) Plaintiff's claim based on a verbal threat (Claim C) is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1).

3) Plaintiff's request for injunctive relief in the form a transfer to an institution in New Jersey is **DENIED** as **MOOT**;

4) Accordingly, only Claims D through G will go forward. The Clerk is advised that these remaining claims were conditionally filed by separate Order entered March 26, 2007 (docket #8).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 3rd day of April, 2007.

Senior United States District Judge